

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

TYRONE VAUGHN )
Plaintiff(s) )
V. ) Civil Action No.   3:11CV239 a/f 3:08cr18
UNITED STATES OF AMERICA )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Robert L Miller Jr.   on a motion for   vacating, set aside, or correct his sentence under 28:2255.  Motion is denied.

Date   July 02, 2012

*CLERK OF COURT*

s/KSchwenk

*Signature of Clerk or Deputy Clerk*